FILED
 2015 Aug-11  AM 10:32
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN MATTHEW WHITE, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:12-cv-02011-SLB-SGC |
| PRICE, Warden, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 10, 2015, the magistrate judge entered a report recommending the above-captioned petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied as untimely and procedurally defaulted. (Doc. 13). The magistrate judge further recommended denial of a certificate of appealability. (*Id.* at 10-11). The parties were afforded time to object to the report and recommendation; no objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. Accordingly, the court finds that this matter is due to be dismissed and a certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** this 10th day of August, 2015.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE